**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 17-1139**

—————————

PETER K. STERN,

                Petitioner - Appellant,

      v.

UNITED STATES OF AMERICA,

                Respondent - Appellee.

—————————

Appeal from the United States District Court for the Western District of North Carolina, at Asheville. Martin K. Reidinger, District Judge. (1:16-cv-00329-MR)

—————————

Submitted: June 27, 2017                     Decided: July 14, 2017

—————————

Before TRAXLER, SHEDD, and HARRIS, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Peter K. Stern, Appellant Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Peter Kay Stern appeals the district court's orders denying his petition for a writ of error coram nobis and denying his motion to alter or amend judgment under Fed. R. Civ. P. 59(e). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Stern v. United States,* No. 1:16-cv-00329-MR (W.D.N.C. Nov. 28, 2016 & Jan. 12, 2017). We deny as moot Stern's motions for final judgment on the pleadings and to expedite the decision. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*